IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00568-RM-KLM

MAGNOLIADRHOMES LLC, a California limited liability company,

    Plaintiff,

v.

PEAK FINANCIAL COMPANY, a Colorado corporation,
JOSEPH W. LIBKEY, JR., an individual, and
BLUEPRINT INVESTMENT FUND LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and Forum non Conveniens** [#16] (the "Motion to Dismiss"); on Plaintiff's **Motion for Leave to Amend Complaint** [#35] (the "Motion to Amend"); and on Plaintiff's **Motion to Supplement Response to Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and Forum Non Conveniens** [#37] (the "Motion to Supplement"). Subsequent to the filing of these motions, Defendants filed a Notice of Withdrawal of Objections to (1) Plaintiff's Motion for Leave to Amend Complaint and (2) Plaintiff's Motion to Supplement its Response to Motion to Dismiss [#41]. Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave." In light of Defendants' withdrawal of their objections to the Motion to Amend [#35],

    IT IS HEREBY **ORDERED** that the Motion to Amend [#35] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Amended Verified Complaint and Jury Demand [#35-1] for filing as of the date of this Minute Order. Defendants shall answer or otherwise respond in accordance with the Federal Rules of Civil Procedure.

    IT IS FURTHER **ORDERED** that the Motion to Dismiss [#16] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. Apr. 28, 2009) (finding that amended complaint superseded original complaint and "accordingly,

defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

In light of the denial of the Motion to Dismiss [#16],

IT IS FURTHER **ORDERED** that Motion to Supplement [#37] is **DENIED as moot**.

Dated:  October 19, 2020