**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20:CV-00568-RM-KLM

MAGNOLIADRHOMES LLC, a California limited liability company,

     Plaintiff,

v.

PEAK FINANCIAL COMPANY, a Colorado corporation;
JOSEPH W. LIBKEY, JR., an Individual; and
BLUEPRINT INVESTMENT FUND LLC, a Colorado limited liability company,

     Defendants.

---

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

---

     Plaintiff Magnoliadrhomes LLC and Defendants Peak Financial Company, Joseph W. Libkey, Jr., and Blueprint Investment Fund LLC, by and through their respective counsel, hereby submit this Stipulation for Dismissal Without Prejudice.  The parties hereby stipulate to a dismissal of all claims without prejudice, each party to pay its own costs and attorney's fees.

Respectfully submitted this 11th day of November, 2020.

_S/  Mary A Wells_
Mary A. Wells
L. Michael Brooks
William D. Healy
Kathryn A. Starnella
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Telephone: (303) 830-1212
E-mail: mwells@warllc.com;
mbrooks@warllc.com; whealy@warllc.com;
kstarnella@warllc.com

_Attorneys for Plaintiff_

_S/  Jason Spitalnick_
Lawrence Katz
Jason Spitalnick
Foster Graham Milstein & Calisher, LLP
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Email: lkatz@fostergraham.com;
jspitalnick@fostergraham.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on November 11, 2020 filed the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lawrence Katz
Jason Spitalnick
Foster Graham Milstein & Calisher, LLP
360 S. Garfield, 6th Floor
Denver, CO 80209
lkatz@fostergraham.com
jspitalnick@fostergraham.com

*Attorneys for Defendants*

S/ *Bettye Gadison*
Bettye Gadison, Legal Assistant
Email:  bgadison@warllc.com

*[Original Signature on File at the Office of Wells, Anderson & Race, LLC]*