IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-00568-RM-KLM

MAGNOLIADRHOMES LLC, a California limited liability company,

    Plaintiff,

v.

PEAK FINANCIAL COMPANY, a Colorado corporation;
JOSEPH W. LIBKEY, JR., an Individual; and
BLUEPRINT INVESTMENT FUND LLC, a Colorado limited liability company,

    Defendants.

## ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Stipulation for Dismissal Without Prejudice (ECF No. 45) as to Plaintiff Magnoliadrhomes LLC and Defendants Peak Financial Company, Joseph W. Libkey, Jr., and Blueprint Investment Fund LLC. This Court being fully apprised of the premises, hereby ORDERS that this matter is dismissed, without prejudice, each party to pay its own costs and attorney's fees.

DATED this 12th day of November, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge